UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

SUSAN BERNSTEIN,
an individual,

    Plaintiff,                                          CASE NO.:16-cv-62969-PCH

vs.

OPTIMUM OUTCOMES, INC., a
foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SUSAN BERNSTEIN, by and through his undersigned counsel and pursuant to the Local Rules for the Southern District of Florida, hereby notifies this Court that this matter has been resolved with Defendant, OPTIMUM OUTCOMES, INC. The Parties anticipate filing a dismissal with prejudice with the Court in the near future.

DATED this 3rd day of March, 2017.

                                          Respectfully Submitted,

                                          **/s/ JORDAN A. SHAW**
                                          Jordan A. Shaw, Esq. (FBN 111771)
                                          Zebersky Payne, LLP
                                          110 S.E. 6th Street, Suite 2150
                                          Ft. Lauderdale, Florida 33301
                                          Telephone:   (954) 989-6333
                                          Facsimile:    (954) 989-7781
                                          E-mail:       jshaw@zpllp.com
                                          E-mail:       mperez@zpllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will sent a notice to all counsel of record.

                                            **/s/ JORDAN SHAW**
                                            Jordan Shaw, Esq.

[1594510/1]