UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CV-62969-PCH

SUSAN BERNSTEIN,

    Plaintiff,

v.

OPTIMUM OUTCOMES, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS CAUSE came before the Court on Plaintiff's Stipulation for Dismissal with Prejudice **[ECF No. 17]**. It is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

The case is **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 7th day of April, 2017.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record
Magistrate Judge Alicia M. Otazo-Reyes